FILED
MAY 06 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAMES C. RILEY,  )<br>    Defendant.  ) | CRIMINAL NO. 14-30061-MJR |

## STIPULATION OF FACTS

Defendant, his attorney, and the attorney for the Government hereby agree and stipulate as follows:

1. During the month of April, 2009, in Marion and Jefferson Counties, within the Southern District of Illinois, Defendant did knowingly possess, in and affecting commerce, a firearm – namely, a Mossberg, Model 500A, 12-gauge shotgun, bearing serial number P162770, and an Intratec, Model AB-10, 9mm. pistol, bearing serial number A047859.

2. Each firearm had been manufactured outside the state of Illinois and each firearm had therefore traveled in interstate commerce before Defendant possessed it on the dates referenced in the Indictment. At all times relevant to the Indictment, each firearm was capable of firing and was designed to fire a projectile by action of explosive.

3. The Defendant was previously convicted of a crime punishable by more than one year imprisonment – that is, Retail Theft, in violation of Illinois Compiled Statutes, Chapter 720,

Section 5/16A-3(a), on or about October 13, 2004, in Ogle County, Illinois, in Ogle County Case Number 03-CF-121.

|  |  |
|---|---|
| _____<br>JAMES C. RILEY<br>Defendant | STEPHEN R. WIGGINTON<br>United States Attorney<br><br>_____<br>STEPHEN B. CLARK<br>Assistant United States Attorney |
| _____<br>TODD SCHULTZ<br>Attorney for Defendant | |
| Date: 05-06-15 | Date: 5/6/15 |

2